AO 442 (Rev. 5/93) Warrant for Arrest    758259 /0711-0525-0854-B

# United States District Court
## Northern District of California

RECEIVED
UNITED STATES MARSHAL
07 MAY 25 PM 3:56
NORTHERN DISTRICT
OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

Dennis Alexio

**WARRANT FOR ARREST**

Case Number: CR03-169 CRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dennis Alexio__

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment   ( ) Information   ( ) Complaint
(X) Order of Court   ( ) Violation Notice   ( ) Probation Violation Petition

charging him or her with 18:3146 Failure to appear

in violation of Title __See above__ United States Code, Section(s) __

_____                __Deputy Clerk__
Signature of Issuing Officer                Title of Issuing Officer

                                            5/25/07 San Francisco
                                            Date and Location

                        U.S. District Judge Charles Breyer

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Roanoke, VA | | |
| Date received 8/09/07 | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest 8/09/07 | Ron Donelson, SDUSM | [signature] |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

Date: **May 25, 2007**

Reporter: **Sahar McVickar**

Case No: **CR-03-0169-CRB**

DEFT: **DENNIS ALEXIO**
(X) Not Present

AUSA: **Tim Lucey**

DEF ATTY: **Michael Stepanian**

REASON FOR HEARING **Status Conference**

RESULT **The Court orders the issuance of a bench warrant without bail for failure to appear (18:3146). If an application for bail is filed it shall be heard before the Honorable Charles R. Breyer and not before a U.S. Magistrate Judge.**

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

Case Continued to_____ for_____

JUDGMENT_____

Notes:_____